In the Matter of HAROLD L. KUNSTLER, an Attorney.

Submitted June 5, 1944; decided June 14, 1944.

*Nathaniel Cohen* for motion.
*Einar Chrystie* opposed.

Motion dismissed on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of IRVING B. WEINSTEIN, Respondent, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Appellant.

Submitted June 5, 1944; decided June 14, 1944.

Motion by respondent for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 682.)